# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM, | Case No. 1:24-cv-00215-HBK (PC) |
| Plaintiff, | ORDER STRIKING ILLEGIBLE COMPLAINT |
| v. | (Doc. No. 1) |
| OFFICE OF THE CALIFORNIA GOVERNOR, et al., | ORDER DIRECTING CLERK TO PROVIDE COPY OF ILLEGIBLE COMPLAINT AND BLANK PRISONER CIVIL RIGHTS FORM TO PLAINTIFF |
| Defendants. | 30-DAY DEADLINE |

Plaintiff Dimitri Z. Storm, a prisoner, initiated this action by filing a pro se civil rights complaint on February 20, 2024. (Doc. No. 1, Complaint). Upon review, the Court finds the Complaint illegible. The Court is unable to read large sections of Plaintiff's pleading due to the faintness of the print. Additionally, the Court has difficulty deciphering other portions of the Complaint due to Plaintiff's handwriting style. The Court is unable to screen the Complaint under 28 U.S.C. § 1915A. The Court will strike the illegible Complaint and afford Plaintiff an opportunity to resubmit a legible copy of the Complaint, preferably typewritten or if handwritten using dark ink.

Accordingly, it is ORDERED:

1. The Clerk shall STRIKE Plaintiff's Complaint (Doc. No. 1) from the docket.
2. Within thirty (30) days of the date on this Order, Plaintiff shall file a legible Complaint, preferably typewritten or using dark ink.
3. The Clerk of Court shall include a copy of the illegible Complaint (Doc. No. 1) and a copy of the prisoner civil rights complaint form for Plaintiff's use in refiling his Complaint.
4. Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   March 22, 2024

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE