UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE CALIFORNIA GOVERNOR, et al.,<br><br>    Defendants. | 1:24-cv-00215-JLT-HBK (PC)<br><br>ORDER RECALLING FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 13) |

Plaintiff Dimitri Z. Storm initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on February 20, 2024.  (Doc. No. 1). On April 30, 2024, the Court issued Findings and Recommendations to dismiss this action after Plaintiff failed to timely file a legible complaint in compliance with the Court's March 22, 2024 Order.  (Doc. No. 13, "F&R"). In response, Plaintiff filed an extension of time to file an amended complaint, which the Court granted. (Doc. Nos. 14, 15).  On July 12, 2024, Plaintiff filed a First Amended Complaint. (Doc. No. 16, "FAC").  In light of Plaintiff filing a FAC, the Court will recall the April 30, 2024 F&R and screen Plaintiff's operative First Amended Complaint in due course.

Accordingly, it is **ORDERED**:

1. The Court recalls its April 30, 2024 Findings and Recommendation (Doc. No. 13).

1

    2.      The Court will screen Plaintiff's First Amended Complaint (Doc. No. 16) in due course.

Dated:   August 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE